IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID CONRAD ALVERSON, SR.                                              PLAINTIFF

v.                              CASE NO. 2:22-CV-2175

DEPUTY CONNOR                                                           DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this February 21, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE